```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY ELIZABETH MCDANIEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.  The motion of Gregory C. Damman to withdraw as counsel for the defendant, filing no. 37, is granted.

2.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3.  The new attorney shall enter an appearance promptly upon appointment.

DATED this 18th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge