IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| V. | ) | |
| | ) | |
| MARY ELIZABETH MCDANIEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the request by a non-party for a CD or a transcript of the testimony of a specific witness (filing 133) is denied without prejudice. The case has not been completed and the non-party has given no reason why such a party reasonably needs access to a transcript or CD of a witness's testimony prior to the completion of this case. If, after this case is completed, the non-party wishes to submit a similar motion the court will consider such a motion at that time.

DATED this 7th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge