4:08-cr-03142-RGK-CRZ   Doc # 189   Filed: 07/02/12   Page 1 of 1 - Page ID # 932

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Mary E. McDaniel

Case No: 4:08CR3142

USM No: 22496-047

Date of Original Judgment: 02/25/2010
Date of Previous Amended Judgment: 10/03/2011
*(Use Date of Last Amended Judgment if Any)*

Donald L. Schense
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months **is reduced to** 121 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

As before, the sentence will be served concurrently with the state sentence the defendant is now serving.

Except as otherwise provided, all provisions of the judgment dated 2/25/2010 & 10/03/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/02/2011

s/ Richard G. Kopf
*Judge's signature*

Effective Date: 07/02/2011
*(if different from order date)*

Richard G. Kopf, Senior United States District Judge
*Printed name and title*