IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARY ELIZABETH MCDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

Treating the defendant's letter as a motion,

IT IS ORDERED that:

(1)  The defendant's motion for copies (filing 203) is denied.

(2)  The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated March 13, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge