IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| V. | ) | |
| | ) | |
| MARY ELIZABETH MCDANIEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After careful consideration, and noting that the "residual clause" in the statutes or the Guidelines were not used in this case, and therefore the *Johnson* decision does not apply,

IT IS ORDERED that the motion for modification/reduction pursuant to *Johnson* (filing no. 222) is denied.

DATED this 26th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge