IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3142 |
| V. | ) | |
| MARY ELIZABETH MCDANIEL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Office of the Federal Public Defender's motion to withdraw as attorney (filing no. 227) is granted.

DATED this 6th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge