IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY ELIZABETH MCDANIEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Treating it as a motion,

IT IS ORDERED that the defendant's objection (filing no. 233) to the plaintiff's notice of intent to destroy exhibits (filing no. 232) is denied.

DATED this 23rd day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge