IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08-CR-3142 |
| vs. | ORDER |
| MARY ELIZABETH MCDANIEL, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 285) is granted.

2. The petition for offender under supervision (filing 273) is dismissed.

3. The February 9, 2023 hearing is cancelled.

Dated this 24th day of January, 2023.

BY THE COURT:

John M. Gerrard
United States District Judge